# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYJO KIRSCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>　　　　Defendant. | Case No. 5:19-cv-02432-DSF-SHK<br><br>**ORDER** |

MARYJO KIRSCH ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Date: April 14, 2020

_____
Dale S. Fischer
United States District Judge

1